## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLENN ARTHUR SINCLAIR and | ) | |
| MARILYN SINCLAIR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-938-D |
| | ) | |
| HEMBREE & HODGSON | ) | |
| CONSTRUCTION, L.L.C., | ) | |
| JUBIL LEE McBLAIR, | ) | |
| JSW PROPERTIES, INC., and | ) | |
| CONTINENTAL TIRE THE AMERICAS, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a signed stipulation by all parties for the voluntary dismissal with prejudice as to Defendant Continental Tire the Americas, LLC [Doc. No. 81]. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all the parties who have appeared." Further, under Rule 41(a)(1)(A)(ii), a signed stipulation by all parties acts "as a self-executing dismissal." *De Leon v. Marcos*, 659 F.3d 1276, 1284 (10th Cir. 2011).

Accordingly, Plaintiffs' claims against Defendant Continental Tire the Americas, LLC, are dismissed with prejudice.

**IT IS SO ORDERED** this 13th day of February 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge